In the Matter of the Estate of PERCY E. ROCHE, Deceased.

FIRST TRUST & DEPOSIT COMPANY, as Trustee under the Will of PERCY E. ROCHE, Deceased, Appellant and Respondent; KATHERINE DISSEL et al., Respondents and Appellants.

Argued January 6, 1942; decided February 26, 1942.

790

*H. Duane Bruce* for First Trust & Deposit Company, as trustee, appellant and respondent.

*Sol M. Linowitz* and *Arthur E. Sutherland, Jr.,* special guardian for Katherine Dissel et al., respondents and appellants.

On appeal by adult beneficiaries and special guardian: Appeal dismissed, without costs. On appeal by trustee: Order affirmed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.